UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 16-10007-FDS |
| FELIPE BAUTISTA-GUERRERO, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The parties met for a status conference on May 25, 2017. The Government reported that it has recently received various medical records from defendant and plans to review them before attempting to negotiate a resolution of the case. The Court set a further status conference for July 7, 2017. For the reasons stated on the record, the Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from May 25 through July 7, 2017, is excluded under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: June 1, 2017              United States District Judge